UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| PAUL E. CRUISE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AIR LIQUID SYSTEMS CORPORATION, )<br>et al. )<br>)<br>Defendants. )<br>) | Case No.: 3:18-1842-TLW |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF
DEFENDANT AT&T CORP.**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Paul E. Cruise and Defendant AT&T Corp., by their undersigned counsel, hereby stipulate that all claims against AT&T Corp. may be dismissed without prejudice in this matter, each party to bear its own costs.

| DEAN, OMAR & BRANHAM, LLP | LEATH, BOUCH & SEEKINGS, LLP |
|---|---|
| By: s/ Jonathan M. Holder<br>Sabrina G. Stone<br>Jonathan M. Holder<br>302 N. Market St., Ste. 300<br>Dallas, TX  75226<br>Ph. 214-722-5990<br>jholder@dobllp.com<br><br>AND<br><br>KASSEL MCVEY<br><br>By: s/ Theile B. McVey<br>John D. Kassel<br>Theile B. McVey<br>P.O. Box 1476 | By: s/ Timothy W. Bouch<br>Timothy W. Bouch (Federal ID #1394)<br>Yancey A. McLeod, III (Federal ID #11570)<br>92 Broad Street<br>Charleston, SC 29401<br>Telephone: (843) 937-8811<br>tbouch@leathbouchlaw.com<br><br>*Attorneys for the Defendant AT&T Corp.* |

2

| | |
|---|---|
| Columbia, SC 29202<br>jkassel@kassellaw.com<br>tmcvey@kassellaw.com<br><br>*Attorneys for Plaintiffs* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on 8th of August, 2018, the foregoing was electronically filed with the Clerk of Court using the CM-ECF system. Notification of such filing was given to the following by the CM-ECF system to those registered to receive a Notice of Electric Filing for this case including counsel below:

Sabrina G. Stone
Jonathan M. Holder
302 N. Market St., Ste. 300
Dallas, TX  75226
Ph. 214-722-5990
jholder@dobllp.com

AND

John D. Kassel
Theile B. McVey
Kassel McVey
P.O. Box 1476
Columbia, SC 29202
jkassel@kassellaw.com
tmcvey@kassellaw.com

*Attorneys for Plaintiffs*


All Defense Counsel of Record

                                        By: s/ Timothy W. Bouch
                                        Timothy W. Bouch (Federal ID #1394)
                                        LEATH, BOUCH & SEEKINGS, LLP
                                        92 Broad Street
                                        Charleston, SC 29401
                                        Telephone: (843) 937-8811
                                        tbouch@leathbouchlaw.com