UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| PAUL E. CRUISE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 3:18-1842-TLW |
| | ) |
| AIR LIQUID SYSTEMS CORPORATION, et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT NOKIA OF AMERICA CORPORATION**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Paul E. Cruise and Defendant Nokia of America Corporation, by their undersigned counsel, hereby stipulate that all claims against Nokia of America Corporation may be dismissed without prejudice in this matter, each party to bear its own costs.

| DEAN, OMAR & BRANHAM, LLP | LEATH, BOUCH & SEEKINGS, LLP |
|---|---|
| By: s/ Jonathan M. Holder<br>Sabrina G. Stone<br>Jonathan M. Holder<br>302 N. Market St., Ste. 300<br>Dallas, TX  75226<br>Ph. 214-722-5990<br>jholder@dobllp.com<br><br>AND<br><br>KASSEL MCVEY<br><br>By: s/ Theile B. McVey<br>John D. Kassel | By: s/ Timothy W. Bouch<br>Timothy W. Bouch (Federal ID #1394)<br>Yancey A. McLeod, III (Federal ID #11570)<br>92 Broad Street<br>Charleston, SC 29401<br>Telephone: (843) 937-8811<br>tbouch@leathbouchlaw.com<br><br>*Attorneys for the Defendant Nokia of America Corporation* |

| | |
|---|---|
| Theile B. McVey<br>P.O. Box 1476<br>Columbia, SC 29202<br>jkassel@kassellaw.com<br>tmcvey@kassellaw.com<br><br>*Attorneys for Plaintiffs* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on 8th of August, 2018, the foregoing was electronically filed with the Clerk of Court using the CM-ECF system. Notification of such filing was given to the following by the CM-ECF system to those registered to receive a Notice of Electric Filing for this case including counsel below:

Sabrina G. Stone
Jonathan M. Holder
302 N. Market St., Ste. 300
Dallas, TX  75226
Ph. 214-722-5990
jholder@dobllp.com

AND

John D. Kassel
Theile B. McVey
Kassel McVey
P.O. Box 1476
Columbia, SC 29202
jkassel@kassellaw.com
tmcvey@kassellaw.com

*Attorneys for Plaintiffs*

All Defense Counsel of Record

                                              By: s/ Timothy W. Bouch
                                              Timothy W. Bouch (Federal ID #1394)
                                              LEATH, BOUCH & SEEKINGS, LLP
                                              92 Broad Street
                                              Charleston, SC 29401
                                              Telephone: (843) 937-8811
                                              tbouch@leathbouchlaw.com