# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| MARY ANN ROBERTSON, Individually and as Executrix of the Estate of PAUL E. CRUISE, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| AIR & LIQUID SYSTEMS CORPORATION, individually and as Successor-in-interest to BUFFALO PUMPS, et al. | ) ) ) ) ) |
| Defendants. | ) |

C.A. No. 3:18-CV-01842-TLW

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT EXTECO, INC. F/K/A THERMO ELECTRIC CO., INC.

COME NOW Plaintiff, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), voluntarily dismisses Exteco, Inc. f/k/a Thermo Electric Co., Inc. ("Exteco"), improperly identified as Thermo Electric Company, Inc., f/k/a Thermo-Electric Wire & Cable Co., without prejudice with all parties to bear their own costs. Plaintiff's claims against all other defendants remain unaffected.

Respectfully submitted,

**DEAN OMAR BRANHAM SHIRLEY, LLP**

*/s/ Jonathan M. Holder*
Jessica M. Dean
Jonathan M. Holder (SC Bar No. 77935)
Ben D. Braly (To be admitted *pro hac vice*)
302 N. Market Street, Suite 300
Dallas, TX 75202
T: 214-722-5990
F: 214-722-5991

1

jdean@dobslegal.com
jholder@dobslegal.com
bbraly@dobslegal.com
Other email: tgilliland@dobslegal.com

**KASSEL MCVEY, ATTORNEYS AT LAW**
Theile B. McVey (SC Bar No. 16682)
1330 Laurel Street
Post Office Box 1476
Columbia, South Carolina 29202-1476
T: 803-256-4242
F: 803-256-1952
tmcvey@kassellaw.com
Other email:  emoultrie@kassellaw.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent via the District of South Carolina's electronic case e-filing system on March 27, 2019 to all counsel of record in the above-captioned case.

/s/ Jonathan M. Holder
Jonathan M. Holder

2