UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| MARY ANN ROBERTSON, INDIVIDUALLY AND AS EXECTRIX OF THE ESTATE OF PAUL E. CRUISE,<br><br>Plaintiff,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | CIVIL ACTION NO. 3:18-CV-01842-TLW |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), of the Federal Rules of Civil Procedure, Plaintiff hereby stipulates and agrees to dismiss all of the claims against defendant, Viad Corp, f/k/a The Dial Corporation, individually and as successor to Griscom Russell Company, in the above-captioned action without prejudice. Each party shall bear its own costs.

Respectfully submitted this 24th day of September, 2019.

| | |
|---|---|
| KASSEL & McVEY, ATTORNEYS AT LAW | NELSON MULLINS RILEY & SCARBOROUGH, LLP |
| By: /s/ Theile B. McVey<br>Theile B. McVey (Federal ID # 07614)<br>E-Mail: tmcvey@kassellaw.com<br>1330 Laurel Street<br>Columbia, SC  29202 | By: /s/ Robert O. Meriwether<br>Robert O. Meriwether (Federal ID #01040)<br>E-Mail: robert.meriwether@nelsonmullins.com<br>1320 Main Street/17th Floor<br>Columbia, SC  29201 |

AND

DEAN OMAR & BRANHAM, LLP
Ben Braley (Admitted *Pro Hac Vice*)
302 N. Market St., Ste. 300
Dallas, TX  75226

*Attorneys for Plaintiff*     *Attorneys for Viad  Corp*