UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| MARY ANN ROBERTSON, individually and as Executrix of the Estate of PAUL E. CRUISE,<br><br>    Plaintiff,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, individually and as successor-in-interest to BUFFALO PUMPS, *et al*.<br><br>    Defendants. | Civil Action No. 3:18-cv-01842-TLW |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SOUTHWIRE COMPANY, LLC, INDIVIDUALLY AND SUCCESSOR-IN-INTEREST TO AMERICAN INSULATED WIRE CORPORATION

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Defendant Southwire Company, LLC, individually and successor-in-interest to American Insulated Wire Corporation, hereby stipulate to the dismissal without prejudice of Defendant Southwire Company, LLC, individually and successor-in-interest to American Insulated Wire Corporation, only, with each party to bear its own costs.

Respectfully submitted this 15th day of October, 2019.

(*signatures on the following page*)

1

2

| **KASSEL MCVEY, ATTORNEYS AT LAW** | **GALLIVAN, WHITE & BOYD, P.A.** |
|---|---|
| s/ Theile B. McVey | s/ Allyson R. Twilley |
| Theile B. McVey (SC Bar No. 16682) | Daniel B. White (Fed. ID No. 4612) |
| 1330 Laurel Street | Ronald G. Tate, Jr. (Fed. ID No. 4021) |
| Post Office Box 1476 | Allyson R. Twilley (Fed. ID No. 12566) |
| Columbia, South Carolina 29202 | 55 Beattie Place, Suite 1200 |
| (803) 256-4242 | Greenville, South Carolina 29601 |
| tmcvey@kassellaw.com | (864) 271-9580 |
| | dwhite@gwblawfirm.com |
| AND | rtate@gwblawfirm.com |
| | atwilley@gwblawfirm.com |

**DEAN OMAR BRANHAM SHIRLEY, LLP**

Jonathan M. Holder (SC Bar No. 77935)
Ben D. Braly (Admitted *Pro Hac Vice*)
302 N. Market Street, Suite 300
Dallas, TX 75202
(214) 722-5990
jholder@dobslegal.com
bbraly@dobslegal.com

*Attorneys for Plaintiff*

*Attorneys for Defendant
Southwire Company, LLC*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on this day, I electronically filed the foregoing **Stipulation of Dismissal Without Prejudice of Defendant Southwire Company, LLC, individually and successor-in-interest to American Insulated Wire Corporation** with the Clerk of the United States District Court for the District of South Carolina using the CM/ECF system, which will send notification of such filing to all counsel of record.

October 15, 2019
           s/ Allyson R. Twilley
           Daniel B. White (Fed. ID No. 4612)
           Ronald G. Tate, Jr. (Fed. ID No. 4021)
           Allyson R. Twilley (Fed. ID No. 12566)
           GALLIVAN, WHITE & BOYD, P.A.
           55 Beattie Place, Suite 1200
           Greenville, South Carolina 29601
           (864) 271-9580
           dwhite@gwblawfirm.com
           rtate@gwblawfirm.com
           atwilley@gwblawfirm.com

           *Attorneys for Defendant*
           *Southwire Company, LLC*