# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| MARY ANN ROBERTSON, individually and as Executrix of the Estate of PAUL E. CRUISE, <br><br>   PLAINTIFF, <br><br> vs. <br><br> AIR & LIQUID SYSTEMS CORPORATION, ET. AL. <br><br><br><br><br>   DEFENDANTS. | C.A. NO. 3:18-cv-01842-TLW |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT AIW-2010 WIND DOWN CORP., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO AMERICAN INSULATED WIRE CORPORATION

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Defendant AIW-2010 Wind Down Corp., individually and as successor-in-interest to American Insulated Wire Corporation, hereby stipulate to the dismissal without prejudice of Defendant AIW-2010 Wind Down Corp., individually and as successor-in-interest to American Insulated Wire Corporation, only, with each party to bear its own costs.

Respectfully submitted this 17th day of October, 2019.

*(signatures on the following page)*

1

**WE SO STIPULATE:**

**KASSEL MCVEY, ATTORNEYS AT LAW**
By: s/ Theile B. McVey
Theile B. McVey (SC Bar No. 16682)
1330 Laurel Street
Post Office Box 1476
Columbia, South Carolina 29202
(803) 256-4242
tmcvey@kassellaw.com
*Attorneys for Plaintiff*

AND

**DEAN OMAR BRANHAM SHIRLEY, LLP**
Jonathan M. Holder (SC Bar No. 77935)
Ben D. Braly (Admitted *Pro Hac Vice*)
302 N. Market Street, Suite 300
Dallas, TX 75202
(214) 722-5990
jholder@dobslegal.com
bbraly@dobslegal.com

**WE SO STIPULATE:**

**YOUNG CLEMENT RIVERS, LLP**
By: s/Stephen L. Brown
Stephen L. Brown (Federal ID: 6428)
       sbrown@ycrlaw.com
Joanna B. Stroud (Federal ID: 11245)
       jstroud@ycrlaw.com
25 Calhoun Street, Suite 400, Charleston, SC 29401
P.O. Box 993, Charleston, SC  29402
Telephone: (843) 720-5488
Facsimile: (843) 579-1369
*Attorneys for Defendant AIW-2010 Wind Down Corp., individually and successor-in-interest to American Insulated Wire Corporation*

2