UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| MARY ANN ROBERTSON, )<br>Individually and as Executrix of the )<br>Estate of PAUL E. CRUISE, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>AIR & LIQUID SYSTEMS )<br>CORPORATION, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 3:18-CV-01842-TLW |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**AS TO CNA HOLDINGS, LLC AND CELANESE CORPORATION**

Pursuant to 41 of the Federal Rules of Civil Procedure, plaintiff, by and through undersigned counsel, and with the consent of Defendants CNA Holdings, LLC (named in the Second Amended Complaint as CNA Holdings, LLC, f/k/a Celanese Corporation, f/k/a Hoechst Celanese Corporation, sued individually and as successor-in-interest-to Fiber Industries, Inc.) and Celanese Corporation, stipulates and agrees to dismiss all claims against CNA Holdings, LLC and Celanese Corporation in the above-captioned action with prejudice.  It is further stipulated that each party will bear their own costs.

Respectfully submitted this 18th day of December, 2019.

*(signatures on the following page)*

|  |  |
|---|---|
| **WE SO MOVE:** | **WE CONSENT**: |
| KASSEL McVEY ATTORNEYS AT LAW | PIERCE SLOAN WILSON KENNEDY & EARLY LLC |
| *s/Theile B. McVey* | *s/William P. Early* |
| Theile B. McVey, Esquire | William P. Early, Esquire |
| 1330 Laurel Street | Federal ID No. 7326 |
| Post Office Box 1476 | 321 East Bay Street |
| Columbia, South Carolina 29202 | Post Office Box 22437 |
| tmcvey@kassellaw.com | Charleston, South Carolina 29413 |
|  | (843) 722-7733 |
| *Attorneys for Plaintiff* | willearly@piercesloan.com |
|  | *Attorney(s) for CNA Holdings, LLC and Celanese Corporation* |

December 19, 2019