IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| MARY ANN ROBERTSON, Individually and as Executrix of the Estate of PAUL E. CRUISE, | ) ) ) ) | Civil Action No. 3:18-CV-01842-SAL |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' Joint Motion to Dismiss Defendant Fisher Controls International, LLC. Plaintiff Mary Ann Robertson, Individually and as Executrix of the Estate of Paul E. Cruise, and Defendant Fisher Controls International, LLC jointly move for the entry of an order of dismissal without prejudice of all claims against Defendant Fisher Controls International, LLC.

Based on the representations to the Court and for good cause shown, all claims brought against Defendant Fisher Controls International, LLC are DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Each party will bear its own costs.

IT IS SO ORDERED.

January 16, 2020
Florence, South Carolina

/s/Sherri A. Lydon
Sherri A. Lydon
United States District Judge