# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| MARY ANN ROBERTSON, individually and as Executrix of the Estate of PAUL E. CRUISE,<br><br>Plaintiff,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | Civil Action No.: 3:18-cv-01842-TLW<br><br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO API HEAT TRANSFER, INC.** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Mary Ann Robertson, individually and as Executrix of the Estate of Paul E. Cruise and Defendant API Heat Transfer, Inc. hereby stipulate to the dismissal without prejudice of Defendant API Heat Transfer, Inc., only, with each party to bear its own costs

*{Signature on next page}*

1

2

| | |
|---|---|
| **WE SO CONSENT:** | **WE SO CONSENT:** |
| s/Benjamin Braly | s/Janice Holmes |
| Benjamin Braly, Esquire (Admitted *Pro Hac Vice*) | Gray T. Culbreath (Fed Id. No. 5647) |
| Jonathan M. Holder (Fed Id. No. 10762) | Janice Holmes (Fed Id. No. 11366) |
| Dean Omar & Branham, LLP | Gallivan, White & Boyd, P.A. |
| 302 N. Market Street, Suite 300 | 1201 Main Street, Suite 1201 |
| Dallas, TX 75202 | Columbia, SC 29201 |
| bbraly@dobslegal.com | gculbreath@gwblawfirm.com |
| jholder@dobslegal.com | jholmes@gwblawfirm.com |
| Telephone: (214) 722-5990 | Telephone: (803) 779-1833 |
| | Facsimile: (803) 779-1767 |
| and | |
| | Attorneys for API Heat Transfer, Inc. |
| Theile B. McVey (Fed. Id. No. 7614) | |
| 1330 Laurel Street | |
| Post Office Box 1476 | |
| Columbia, SC 29202 | |
| Telephone: (803) 256-4242 | |
| tmcvey@kassellaw.com | |
| | |
| Attorney for Plaintiff | |

January 31, 2020