IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA COLUMBIA DIVISION

| | | |
|---|---|---|
| **MARY ANN ROBERTSON**, Individually and as Executrix of the Estate of **PAUL E. CRUISE**, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C/A No. 3:18-CV-01842-TLW |
| AIR & LIQUID SYSTEMS CORP., et al., | ) ) ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT SPX COOLING TECHNOLOGIES, INC.

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, plaintiff Mary Ann Robertson, Individually and as Executrix of the Estate of Paul E. Cruise, and defendant SPX Cooling Technologies, Inc., f/k/a Marley Cooling Towers Co., by and through undersigned counsel, hereby stipulate and agree to dismiss all claims against defendant SPX Cooling Technologies, Inc., f/k/a Marley Cooling Towers Co., with prejudice, in the above-captioned case. Each party shall bear its own costs and attorney fees.

This 24th day of February, 2020.

| | |
|---|---|
| */s/ Jonathan M. Holder*_____ | */s/ Frank J. Gordon*_____ |
| Jonathan M. Holder (SC Bar No. 77935) | Frank J. Gordon (SC Bar No. 71769) |
| DEAN OMAR BRANHAM SHIRLEY, LLP | MILLBERG GORDON STEWART PLLC |
| 302 N. Market St, Suite 302 | 1101 Haynes St, Suite 104 |
| Dallas, TX 75202 | Raleigh, NC 27604 |
| 214/722.5990 | 919/836.0090 |
| jholder@dobslegal.com | fgordon@mgsattorneys.com |
| *Attorneys for plaintiff* | *Attorneys for defendant SPX Cooling Technologies, Inc.* |

AND

*/s/ Theile B. McVey*
Theile B. McVey
KASSEL MCVEY, ATTORNEYS AT LAW
PO Box 1476
Columbia, SC 29202
803/256.4242
tmcvey@kassellaw.com
*Attorneys for plaintiff*