IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| MARY ANN ROBERTSON, Individually and as Executrix of the Estate of PAUL E. CRUISE,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 3:18-CV-01842-SAL<br><br>**ORDER** |

This matter is before the Court on three Joint Motions to Dismiss pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. *See* ECF Nos. 365, 366, 375. Plaintiff Mary Ann Robertson, Individually and as Executrix of the Estate of Paul E. Cruise, and Defendants Spirax Sarco, Inc, Jerguson Gage & Valve Company, d/b/a Clark-Reliance Corporation,[1] and The Aurora Pump Company, moved for the entry of an order dismissing, without prejudice, all claims against the foregoing Defendants. *Id.*

Based on the representations to the Court and for good cause shown, all claims brought against Defendants Spirax Sarco, Inc, Jerguson Gage & Valve Company, d/b/a Clark-Reliance Corporation, and The Aurora Pump Company are DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Each party will bear its own costs.

IT IS SO ORDERED.

March 20, 2020
Florence, South Carolina

/s/Sherri A. Lydon
Sherri A. Lydon
United States District Judge

---

[1] Counsel represents that this Defendant's proper name is Clark-Reliance Corporation and its Jerguson Gage & Valve division.