IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
3:18-CV-01842-SAL

| | |
|---|---|
| MARY ANN ROBERTSON, Individually and as Executrix of the Estate of PAUL E. CRUISE, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| AIR & LIQUID SYSTEMS CORP., et al., | ) ) ) |
| Defendants. | ) ) |

## COVIL CORPORATION'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Covil Corporation (Covil) moves for summary judgment in its favor as to all claims that Plaintiff has asserted against Covil in this action. In support of this motion, Covil relies on its accompanying memorandum.

This the 15th day of April, 2020.

                                                      ELLIS & WINTERS LLP

                                                      /s/ Ashley K. Brathwaite
                                                      Ashley K. Brathwaite
                                                      Fed. Bar No. 76952
                                                      P.O. Box 33550
                                                      Raleigh, NC 27636
                                                      Telephone: (919) 865-7000
                                                      E-mail: ashley.brathwaite@elliswinters.com

                                                      *Attorney for Defendant Covil Corporation*