UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| MARY ANN ROBERTSON, INDIVIDUALLY AND AS EXECTRIX OF THE ESTATE OF PAUL E. CRUISE, | ) ) ) | CIVIL ACTION NO. 3:18-CV-01842-SAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| AIR & LIQUID SYSTEMS CORPORATION,  et al., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i), of the Federal Rules of Civil Procedure, Plaintiff hereby stipulates and agrees to dismiss all of the claims against defendant, The Nash Engineering Company, in the above-captioned action without prejudice.  Each party shall bear its own costs.

Respectfully submitted this 22nd day of April, 2020.

KASSEL & McVEY, ATTORNEYS AT LAW

By: s/ Theile B. McVey
Theile B. McVey (Federal ID # 07614)
E-Mail:  tmcvey@kassellaw.com
1330 Laurel Street
Columbia, SC  29202

AND

DEAN OMAR BRANHAM & SHIRLEY, LLP
Ben Braley (Admitted *Pro Hac Vice*)
302 N. Market Street, Suite 300
Dallas, TX  75226

*Attorneys for Plaintiff*

NELSON MULLINS RILEY & SCARBOROUGH, LLP

By:  s/ Robert O. Meriwether
Robert O. Meriwether (Federal ID #01040)
E-Mail:  robert.meriwether@nelsonmullins.com
1320 Main Street/17th Floor
Columbia, SC  29201

*Attorneys for The Nash Engineering Company*