UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| MARY ANN ROBERTSON, INDIVIDUALLY AND AS EXECTRIX OF THE ESTATE OF PAUL E. CRUISE, <br><br>Plaintiff, <br><br>vs. <br><br>AIR & LIQUID SYSTEMS CORPORATION, et al., <br><br>Defendants. | CIVIL ACTION NO. 3:18-CV-01842-SAL |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), of the Federal Rules of Civil Procedure, Plaintiff hereby stipulates and agrees to dismiss all of the claims against defendant, Weir Valves & Controls USA, Inc., in the above-captioned action without prejudice. Each party shall bear its own costs.

Respectfully submitted this 22nd day of April, 2020.

| | |
|---|---|
| KASSEL & McVEY, ATTORNEYS AT LAW | NELSON MULLINS RILEY & SCARBOROUGH, LLP |
| | |
| By: s/ Theile B. McVey | By: s/ Robert O. Meriwether |
| Theile B. McVey (Federal ID # 07614) | Robert O. Meriwether (Federal ID #01040) |
| E-Mail: tmcvey@kassellaw.com | E-Mail: robert.meriwether@nelsonmullins.com |
| 1330 Laurel Street | 1320 Main Street/17th Floor |
| Columbia, SC  29202 | Columbia, SC  29201 |

AND

DEAN OMAR BRANHAM & SHIRLEY, LLP
Ben Braley (Admitted *Pro Hac Vice*)
302 N. Market Street, Suite 300
Dallas, TX  75226

*Attorneys for Plaintiff*                                    *Attorneys for Weir Valves & Controls USA, Inc.*