IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| MARY ANN ROBERTSON, individually and as Executrix of the Estate of PAUL E. CRUISE, | ) ) ) ) | Civil Action No. 3:18-cv-01842-SAL |
| Plaintiff, | ) ) | **CONSENT ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT OCCIDENTAL CHEMICAL CORPORATION** |
| vs. | ) ) | |
| AIR & LIQUID SYSTEMS CORPORATION, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

THIS MATTER is before the Court upon motion by Plaintiff, Mary Ann Robertson, individually and as Executrix of the Estate of Paul E. Cruise, and Defendant Occidental Chemical Corporation, incorrectly named herein as Occidental Chemical Corporation, f/k/a Hookers Chemical Co., and as successor to Durez Corporation ("Occidental Chemical Corporation"), to dismiss with prejudice all claims against Occidental Chemical Corporation in this matter. It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against Occidental Chemical Corporation, with prejudice, and that the motion should be granted for good causes shown;

It is therefore ORDERED, ADJUDGED, and DECREED that ALL CLAIMS BROUGHT AGAINST Defendant Occidental Chemical Corporation are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Except as otherwise agreed, the respective parties shall bear their own costs in this action.

**AND IT IS SO ORDERED.**

s/ *Sherri A. Lydon*
The Honorable Sherri A. Lydon
United States District Court Judge

May 4, 2020

Florence, South Carolina

| WE CONSENT: | WE CONSENT: |
|---|---|
| NELSON MULLINS RILEY & SCARBOROUGH, LLP | KASSEL MCVEY, ATTORNEYS AT LAW |
| By: s/ JENNIFER A. JORDAN<br>Jennifer A. Jordan<br>Federal Bar No. 6139<br>E-Mail: jenny.jordan@nelsonmullins.com<br>Erika Karnaszewski Fedelini<br>Federal Bar No. 12005<br>E-Mail: erika.fedelini@nelsonmullins.com<br>151 Meeting Street / Sixth Floor<br>Post Office Box 1806 (29402-1806)<br>Charleston, SC  29401-2239<br>(843) 853-5200 | By: s/ THEILE B. McVEY<br>Theile B. McVey (SC 16682)<br>E-mail: tmcvey@kassellaw.com<br>1330 Laurel Street<br>Columbia, SC 29202<br>Telephone: (803) 256-4242<br><br>Jonathan M. Holder (SC Bar No. 77935)<br>E-mail: jholder@dobslegal.com<br>DEAN OMAR BRANHAM, LLP<br>302 N. Market Street, Suite 300<br>Dallas, TX 75202<br>Telephone: (214) 722-5990 |
| John S. Slosson<br>Federal Bar No. 7862<br>E-Mail: jack.slosson@nelsonmullins.com<br>301 South College Street / 23rd Floor<br>Charlotte, NC  28202-6041<br>(704) 417-3000 | *Attorneys for Plaintiff* |
| *Attorneys for Defendant Occidental Chemical Corporation* | |

2