IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Mary Ann Robertson, individually and as Executrix of the Estate of Paul E. Cruise, <br><br>　　　　　　　　　　Plaintiff, <br><br>vs. <br><br>Air & Liquid Systems Corporation, et al., <br><br>　　　　　　　　　　Defendants. | Civil Action No. 3:18-cv-01842-SAL |

## CONSENT ORDER OF DISMISSAL

The above-entitled action is now pending in this Court.

NOW comes Kassel McVey, Attorneys for the Plaintiff, and moves for an Order of Dismissal without prejudice as to Defendant Alfa Laval Inc., and

With the consent of Nelson Mullins Riley & Scarborough, LLP, Attorneys for Alfa Laval Inc,

ORDERED that the Plaintiff be granted an Order of Dismissal without prejudice in the above-entitled matter as to Alfa Laval Inc. only. Each party to bear its own costs.

AND IT IS SO ORDERED.

This the 29th day of June, 2020.

　　　　　　　　　　　　　　　　　　/s/ Sherri A. Lydon
　　　　　　　　　　　　　　　　　　Sherri A. Lydon
　　　　　　　　　　　　　　　　　　Judge, United State District Court

| WE SO MOVE: | WE CONSENT: |
|---|---|
| KASSEL MCVEY<br>ATTORNEYS AT LAW | NELSON MULLINS RILEY &<br>SCARBOROUGH, L.L.P. |
| *s/ Theile B. McVey*<br>Theile B. McVey<br>Federal Bar No. 07614<br>E-Mail:  tmcvey@kassellaw.com<br>1330 Laurel Street<br>Columbia, South Carolina 29202 | *s/Robert O. Meriwether*<br>Robert O. Meriwether<br>Federal Bar No. 01040<br>E-Mail:  robert.meriwether@nelsonmullins.com<br>Post Office Box 11070<br>Columbia, SC  29211 |
| Attorneys for Plaintiff | Attorneys for Alfa Laval Inc. |