# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| **MARY ANN ROBERTSON,** individually and as Executrix of the Estate of **PAUL E. CRUISE,** ) ) ) ) | C/A No.   3:18-cv-01842-SAL |
| **Plaintiff,** ) ) | **NOTICE OF FILING PETITION FOR APPROVAL OF SETTLEMENTS** |
| v. ) ) | |
| **AIR & LIQUID SYSTEMS CORPORATION,** *etc., et al.,* ) ) ) | |
| **Defendants.** ) | |

Plaintiff seeks approval of wrongful death and survival settlements with numerous defendants. Following the approval, the following Defendants remain in the case: Covil Corporation, Ecodyne Corporation, Eaton and Daniel. Attached as Exhibit 1 is the Plaintiff's Petition to approve settlements.

    s/Theile B. McVey
    Theile B. McVey (Federal ID 7614)
    tmcvey@kassellaw.com
    John D. Kassel (Federal ID 2278
    Attorney for Petitioner
    jkassel@kassellaw.com
    KASSEL McVEY ATTORNEYS AT LAW
    1330 Laurel Street
    Post Office Box 1476
    Columbia, South Carolina 29202-1476
    803-256-4242
    803-256-1952 (Facsimile)
    Other email: emoultrie@kassellaw.com

    ATTORNEYS FOR PLAINTIFF

**ATTORNEYS FOR SETTLING DEFENDANTS:**

| | |
|---|---|
| s/Robert O. Meriwether | s/Michael Montgomery |
| Robert O. Meriwether<br>Nelson Mullins<br>1320 Main Street, 17th Floor<br>Post Office Box 11070, 29211<br>Columbia. SC 29201<br>**Attorneys for Air & Liquid Systems, Carrier Corporation, Goulds Pumps, and Occidental Chemical Corp.** | Michael Montgomery<br>Robinson Gray<br>1310 Gadsden Street<br>PO Box 11449 (29211)<br>Columbia, SC 29201<br>**Attorneys for Flowserve US, Inc. (Edward Valves)** |
| s/Stephanie Flynn | **s/Thomas F. McDougall** |
| Stephanie Flynn<br>Fox Rothschild LLP<br>2 W Washington Street, Suite 1100<br>Greenville, SC 29601<br>**Attorneys for Armstrong International, Gardener Denver and Warren Pumps** | Thomas F. Dougall<br>Dougall & Collins<br>1700 Woodcreek Farms Road, Suite 100<br>Elgin, SC 29045<br>**Attorneys for IMO Industries, Inc.** |
| **s/Jennifer Techman** | s/Steven J. Pugh |
| Jennifer M. Techman<br>Evert Weathersby Houff<br>3455 Peachtree Rd NE, #1550<br>Atlanta GA 30326<br>**Attorneys for CBS Corporation, Foster Wheeler Energy Corporation, General Electric Company, Ingersoll-Rand Co., and Trane U.S., Inc.** | Steven J. Pugh<br>Richardson Plowden & Robinson, P.A.<br>1900 Barnwell Street<br>P.O. Drawer 7788<br>Columbia, SC 29202<br>**Attorneys for Rockwell Automation, Inc.** |
| s/Tara Sullivan | s/Mark Wall |
| Tara Sullivan<br>KL Gates<br>134 Meeting St, Ste 500<br>Charleston, SC 29401<br>**Attorneys for Crane Co** | Mark Wall<br>Wall, Templeton & Haldrup, P.A.<br>145 King Street, Suite 300<br>P.O. Box 1200<br>Charleston, SC 29402<br>**Attorneys for Metropolitan Life Insurance** |
| s/ Breon C. M. Walker | s/William Peele Early |
| Breon C. M. Walker<br>P.O. Box 7368<br>Columbia, SC 29202<br>**Attorney for Schneider Electric USA, Inc.** | William Peele Early<br>Pierce Sloan Wilson Kennedy & Early, LL<br>The Blake House<br>321 E Bay Street<br>P O Box 22437<br>Charleston SC 29403<br>**Attorneys for Celanese Corporation** |

| | |
|---|---|
| s/Frank J. Gordon | s/ Elizabeth O'Neill |
| Frank J. Gordon<br>Millberg Gordon Stewart<br>1101 Haynes Street<br>Ste. 104<br>Raleigh, NC 27604<br>**Attornesy for SPX Cooling Technologies** | Elizabeth O'Neill<br>Womble Bond Dickinson<br>5 Exchange Street (29401)<br>P.O. Box 999<br>Charleston, SC 29402-0999<br>**Attorneys for BW/IP, Inc.** |
| s/David W. Conner | **s/Charles Baker** |
| David W. Conner<br>Haynsworth Sinkler Boyd<br>P O Box 2048<br>Greenville SC 29602<br>**Attorneys for FMC Corporation** | Charles J. Baker III<br>Womble Bond Dickinson<br>5 Exchange Street (29401)<br>P.O. Box 999<br>Charleston, SC 29402-0999<br>**Attorneys for Flowserve Corporation (Duriron)** |

October 2, 2020

Columbia, South Carolina.