IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| MARY ANN ROBERTSON, individually and as Executrix of the Estate of PAUL E. CRUISE, <br><br> Plaintiff, <br><br> v. <br><br> AIR & LIQUID SYSTEMS CORPORATION, *etc., et al.*, <br><br> Defendants. | C/A No. 3:18-cv-01842-SAL |

## CERTIFICATION

THIS IS TO CERTIFY that I, Theile B. McVey, as attorney for Mary Ann Robertson, as Personal Representative of the Estate of aul E. Cruise, approve the foregoing Petition for Approval of Settlement pursuant to Section 15-51-42, South Carolina Code of Laws of 1976, as amended, prayed for therein and I hereby join in the Petition for Approval.

Theile B. McVey, Attorney for Petitioner

October 27, 2020

Columbia, South Carolina.